Victor E. COMLEY, Appellant,

v.

COMMONWEALTH of Kentucky, Franklin Circuit Court and Honorable Henry Meigs, Judge, Appellees.

Supreme Court of Kentucky.

Feb. 6, 1979.

Clifford E. Smith, Jr., Smith & Duff, Frankfort, for appellant.

Irwin G. Waterman, Allan Weiss, Morris, Garlove, Waterman & Johnson, Louisville, for appellees.

OPINION AND ORDER

PALMORE, Chief Justice.

This is an appeal as a matter of right from an order of the Court of Appeals of Kentucky denying appellant's petition for a writ of prohibition.

There being no showing that appellant will not have an adequate remedy by appeal from the Franklin Circuit Court, the action of the Court of Appeals in denying prohibition is correct, and its judgment is affirmed.

AKER, CLAYTON, LUKOWSKY, REED, STEPHENSON and STERNBERG, JJ., sitting.

All concur.